**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.

TIMOTHY NUTT,

    Defendant.

CASE NO.: 4:19-cr-110

**O R D E R**

This matter is before the Court on the parties' Joint Motion to Allow Defendant to Withdraw Guilty Plea. (Doc. 36.) After careful consideration of the matters addressed therein, the Court finds that the interest of justice supports the parties' motion, and a fair and just reason exists to support the Defendant's withdrawal of his guilty plea. Thus, the Court GRANTS the parties' motion.

THEREFORE, IT IS HEREBY ORDERED that Defendant Timothy Nutt's guilty plea is deemed WITHDRAWN. The Sentencing Hearing that is currently scheduled for March 12, 2020, is CANCELLED.

**SO ORDERED**, this 11th day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA