**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-110 |
| TIMOTHY NUTT, | |
| Defendant. | |

**O R D E R**

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 37.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** the Indictment in the above-captioned case without prejudice.

**SO ORDERED**, this 11th day of March, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA